IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                              PLAINTIFF

v.                          Civil No. 1:22-cv-01039-BAB

JERRY JUNEAU[1],
CAPTAIN RICHARD MITCHAM;
CHARLIE PHILLIPS; LT. BILLY
PERRY; and GAYLA TELANO                                              DEFENDANTS

## JUDGMENT

For the reasons set forth in a memorandum opinion being entered this same day, Defendant Juneau's Motion for Summary Judgment (ECF No. 35) and Defendants Mitcham, Phillips, Perry, and Telano's Motion for Summary Judgment (ECF No. 38) are **GRANTED and this case is DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** this 14th day of September 2023.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Jerry Juneau is incorrectly identified in the case caption as Jerry Juno.